

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| FRANK L. McCALL, JR.<br>    LA. DOC. #130746 | CIVIL ACTION NO. 07-2160 |
| VS. | SECTION P |
| LA. DEPARTMENT OF PUBLIC SAFETY<br>AND CORRECTIONS, ET AL. | JUDGE DRELL<br>MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

Plaintiff'S request for approval to file the instant complaint is hereby **DENIED** and the pleadings filed are hereby **STRICKEN**.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 17th day of January, 2008.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE